**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**ROBERT D. NESLER, OSB #853790**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204
Telephone:  (503) 727-1069
Facsimile Telephone:  (503) 727-1187
Internet E-mail Address:  bob.nesler@usdoj.gov
  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEAN SANNA, DC,<br><br>    Defendant. | 10-CV-413 PK<br><br>PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AND DECLARATION IN SUPPORT THEREOF |

TO THE UNITED STATES DISTRICT COURT, DISTRICT OF OREGON:

The defendant, Dean Sanna, DC, having failed to answer or otherwise appear in the above action, and the time for appearance having expired, you are requested on the basis of the Declaration below, pursuant to Rule 55(a) and (b) of the Federal Rules of Civil Procedure, to enter default and default judgment against the defendant.

PAGE -1    PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT
                JUDGMENT - *U.S. v. Sanna*, 10-CV-413 PK

## DECLARATION

1. I am an attorney for plaintiff in the above action, and have personal knowledge of the facts hereinafter stated, or, from information officially furnished to me, believe the same to be true and correct.

2. This is a claim for debt owed by defendant to plaintiff as more particularly alleged in plaintiff's complaint.

3. Defendant, served with a copy of the complaint herein by mail on April 20, 2010, and acknowledging service by returning Waiver of Service of Summons, as contained in the Court's file and record in this action, is not an infant or incompetent person, and is not in the active military or naval service of the United States. Additionally, this office verified through Defense Manpower Data Center that the debtor is not in active military status.

4. Defendant has not answered or otherwise appeared in this action and more than 60 days have elapsed since the date on which defendant was served and, therefore, is now in default.

5. The amount due on the debt, as prayed for in the complaint, is the principal amount of $5,190.26, plus accrued interest of $27.60, through March 6, 2010, accruing at the rate of 3.125 percent until date of judgment and at the legal rate of interest after judgment until paid in full, and costs of suit and other proper relief.

6. This Declaration is executed in accordance with Rule 55(a) and (b) of the Federal Rules of Civil Procedure for the purpose of requesting the Court, to enter default and judgment against defendant in the amount set forth above.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _9_ day of August, 2010.

DWIGHT C. HOLTON
United States Attorney

/s/ Robert D. Nesler
ROBERT D. NESLER
Assistant United States Attorney
OSB #85379
(503) 727-1069
Attorney for Plaintiff United States of America

PAGE -3    PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT
           JUDGMENT - *U.S. v. Sanna*, 10-CV-413 PK

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that I have made service of the foregoing PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AND DECLARATION IN SUPPORT THEREOF on the party herein by causing to be mailed at Portland, Oregon, on August ___9___, 2010, a full copy thereof in a sealed envelope, with postage prepaid, addressed to:

> Dean Sanna, Dc
> 722 NE 73rd Ave
> Portland, OR 97213

*[signature]*
JERRI S. DUARTE
Paralegal Specialist

PAGE -4    PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AND DEFAULT
         JUDGMENT - *U.S. v. Sanna*, 10-CV-413 PK